Andrew S. Friedman (State Bar No. 005425)
afriedman@bffb.com
William F. King (State Bar No. 023941)
bking@bffb.com
BONNETT FAIRBOURN FRIEDMAN
 & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

Todd T. Lenczycki (State Bar No. 026299)
ttl@tblaw.com
TIFFANY & BOSCO, P.A.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Bill McCauley; and Edward D. Kendler, sole trustee of the Kendler Family Trust, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Jahm J. Najafi and Cheryl Najafi, husband and wife; Kevin M. Weiss and Elizabeth S. Weiss, husband and wife; Scott Wiley and Gail E. Wiley, husband and wife,<br><br>Defendants. | No. 2:16-cv-03461-SPL<br><br>**Notice of Voluntary Dismissal** |

Plaintiffs, through their counsel undersigned and under Rule 41(a)(1)(A)(i), Fed.R.Civ.P., hereby voluntarily dismiss their Third Amended Complaint (Dkt. 62), all parties to bear their own fees and costs. Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims alleged in the Third Amended Complaint; Defendants have not filed an answer to the Third Amended Complaint, nor have they filed a motion for summary judgment. Dismissal without a Court Order under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: July 8, 2020.

**BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.**

By: */s/ Andrew S. Friedman*
    Andrew S. Friedman
    William F. King
    2325 E. Camelback Road, Suite 300
    Phoenix, AZ  85016
    Telephone: (602) 274-1100
    Facsimile: (602) 274-1199

**TIFFANY & BOSCO, P.A.**
Todd T. Lenczycki
ttl@tblaw.com
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document filed through the ECF system on July 8, 2020 will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

Dated: July 8, 2020.

                                         */s/ Trish Aquilino*
                                         An Employee of Bonnett Fairbourn
                                         Friedman & Balint, PC