IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bill McCauley, et al., | No. CV-16-03461-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Jahm J. Najafi, et al., | |
| Defendants. | |

Having reviewed Plaintiffs' Notice of Voluntary Dismissal (Doc. 91),

**IT IS ORDERED** that this matter is dismissed **with prejudice** and the Clerk of Court shall **terminate** this action accordingly.

Dated this 10th day of July, 2020.

Honorable Steven P. Logan
United States District Judge